UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANDY GRACIANO on behalf of HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                        Plaintiffs,                **ORDER**

      -against-                               21-CV-4851 (PGG) (JW)

HOUSE OF BEAUTY, INC.,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       One September 1, 2021, Judge Fox issued a scheduling order directed that discovery be completed on or before February 2, 2022. Dkt. No. 15. As that date has passed, the parties are directed to provide the Court with a status update in the form of a joint letter no longer than three pages, informing the Court of any deadlines, pending motions, or outstanding discovery disputes by **April 22, 2022**.

       SO ORDERED.

DATED:     New York, New York
               April 6, 2022

                                                      _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge